**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

SVETLANA GRIGORYAN,
                              *Petitioner,*

v.

MICHAEL B. MUKASEY, Attorney
General,
                              *Respondent.*

No. 05-77020

Agency No.
A75-706-989

ORDER

Filed May 12, 2008

Before: Harry Pregerson, Stephen Reinhardt, and
A. Wallace Tashima, Circuit Judges.

## ORDER

The opinion filed February 5, 2008, and appearing at 515 F.3d 999 (9th Cir. 2008), is withdrawn. Pursuant to General Order 5.3.a, a memorandum disposition is filed contemporaneously with this order. With the withdrawal of the opinion and the filing of the memorandum disposition, the Government's petitions for rehearing and rehearing en banc are denied as moot. Further petitions for rehearing and rehearing en banc may be filed with respect to the memorandum disposition pursuant to Federal Rule of Appellate Procedure 40.

PRINTED FOR
ADMINISTRATIVE OFFICE—U.S. COURTS
BY THOMSON REUTERS/WEST—SAN FRANCISCO

The summary, which does not constitute a part of the opinion of the court, is copyrighted
© 2008 Thomson Reuters/West.